MAX FINE & SONS, INC., Respondent, *v.* THE LINDAROSE, INC., et al., Defendants, and WOLF GELBAND, Appellant.

*Appeal — failure to file undertaking — motion to dismiss appeal denied on conditions.*

Reported below, 220 App. Div. 616.

(Submitted January 16, 1928; decided January 20, 1928.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 6, 1927, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that appellant had failed to file the required undertaking and return and prosecute the appeal.

*Samuel W. Dorfman* for motion.

*Samuel Okin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant gives the statutory undertaking and files the return within ten days and pays within said time ten dollars costs, in which event motion will be denied.